UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

    Plaintiff,

v.                                        Case No. 8:06-cv-1004-T-30EAJ

SUNSHINE PAC & SHIP and
CARL B. SIEBER,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #11). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 19, 2007.

                                                       JAMES S. MOODY, JR.
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1004.dismissal 11.wpd